**Order entered February 22, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01481-CV

### IN RE BCH DEVELOPMENT, LLC, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05900-A**

## ORDER

Before the Court is relator's December 16, 2016 petition for writ of mandamus. The

Court requests that the real parties in interest and respondent file their responses to the petition, if

any, on or before March 8, 2017.

/s/     DAVID J. SCHENCK
           JUSTICE